IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL LORUSSO,**

    **Petitioner,**

v.                                                  Case No. 1:25-cv-277-AW-ZCB

**WARDEN, NORTH FLORIDA
EVALUATION AND TREATMENT
CENTER,**

    **Respondent.**

_____/

## **ORDER OF DISMISSAL**

Petitioner initiated this case by filing a petition for writ of habeas corpus in the Middle District of Florida. The case was transferred here.

Petitioner has filed many habeas cases. He is in state custody facing state charges. The magistrate judge recommends dismissal based on *Younger* abstention. ECF No. 8. I have considered the magistrate judge's report and recommendation, *id.*, and I have considered de novo the issues raised in Petitioner's objections, ECF No. 9.[1] I conclude the magistrate judge is correct, and I incorporate the report and recommendation into this order.

---

[1] At the end of his objections, Petitioner says he seeks the appointment of counsel. ECF No. 9 at 3. Under this court's local rules, such a request should have been in a separate motion. Regardless, I will treat the request as a motion and deny it. Petitioner has no constitutional or statutory right to appointed counsel in this circumstance, and he has not shown that appointment of counsel would be necessary or appropriate. As a matter of discretion, I deny the request.

The clerk will enter a judgment that says, "The amended habeas petition under 28 U.S.C. § 2241 is dismissed without prejudice." A certificate of appeal is denied. The clerk will close the file.

SO ORDERED on October 6, 2025.

s/ *Allen Winsor*
Chief United States District Judge